|  |  |
|---|---|
| 1 |  |
| 2 | O |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEWART MANAGO, | Case No. 5:21-cv-01370-MCS-KES |
|---|---|
| Plaintiff, |  |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| JOHN MCMAHON, et al., |  |
| Defendants. |  |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 123).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 133) have been made and reviewed Defendants' reply to those objections (Dkt. 134).  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion to consider relevant evidence (Dkt. 118) be granted, Defendants' motion for summary judgment (Dkt.

/ / /

95) be granted, and Judgment be entered against Plaintiff Stewart Manago and for Defendants Kenneth Mudge, Bryan Faylor, Joshua Hubbard, and Thomas Gary.

DATED: February 16, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE