JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEWART MANAGO, | Case No. 5:21-cv-01370-MCS-KES |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN MCMAHON, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that Judgment is entered against Plaintiff Stewart Manago and for Defendants Kenneth Mudge, Bryan Faylor, Joshua Hubbard, and Thomas Gary.

DATED: February 16, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE